**CT Corporation**

**Service of Process Transmittal**
03/25/2021
CT Log Number 539272566

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Byram Claudene, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Verification, Request |
| **COURT/AGENCY:** | 26th Judicial District Court, Parish of Webster, LA<br>Case # 79118 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 04/05/2020 - Located at 1920 S. Arkansas Street, Springhill, Webster Parish, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/25/2021 at 08:55 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Anne E. Watson<br>The Law Office of Anne E. Watson, LLC<br>232 North Liberty Street<br>Opelousas, LA 70570<br>337-942-9790 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/25/2021, Expected Purge Date: 03/30/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



**26TH JUDICIAL DISTRICT COURT**
**PARISH OF WEBSTER**
**STATE OF LOUISIANA**

# CITATION

*CLAUDENE BYRAM*
*VS*
*WALMART INC*



**CASE # 79118**
DIVISION C
JUDGE R LANE PITTARD

*TO:    WALMART INC*
*THROUGH THEIR AGENT FOR SERVICE OF PROCESS*
*CT CORPORATION SYSTEM*
*5615 CORPORATE BLVD., STE. 400B*
*BATON ROUGE, LA  70808*

PARISH OF WEBSTER

**YOU ARE HEREBY SUMMONED,** to comply with the demand contained in the **PETITION** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 26TH JUDICIAL DISTRICT COURT in and for the Parish of WEBSTER, State of Louisiana, within **FIFTEEN (15) CALENDAR DAYS** after the service hereof, under penalty of default.

Issued by the Clerk of Court on this 12th day of March 2021.

*/s/  TIFFANY AUSTIN*
TIFFANY AUSTIN, Deputy Clerk for
HOLLI VINING, Clerk of Court

# SERVICE INFORMATION

*Received on:*_____     *Served on:* _____     *Time:*_____     *Returned on:* _____

_____ **PERSONAL SERVICE**          _____ **DOMICILIARY** _____

_____ **UNABLE TO SERVE**

____ Not at this address          ____ Numerous attempts _____ times          **SERVICE  $** _____
____ Vacant                       ____ Received too late to serve
____ Moved                        ____ No longer works at this address          **MILEAGE $** _____
____ No Such Address              ____ Need apartment/building number
                                  ____ Other _____          **TOTAL    $** _____

*Served By:* _____ #_____

CLAUDENE BYRAM                      DOCKET NUMBER: 79118

VERSUS                             26TH JUDICIAL DISTRICT COURT

WALMART INC.                       WEBSTER PARISH, LOUISIANA

**FILED**
MAR 12 2021
DEPUTY CLERK
WEBSTER PARISH

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **CLAUDENE BYRAM**, a competent major and resident of Sarepta, Louisiana, who with respect represents the following:

1.

Made Defendant herein is **WALMART INC.** a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

Defendant, **WALMART INC.**, is liable to Plaintiff, **CLAUDENE BYRAM**, for damages, together with legal interest from the date of judicial demand and for all costs, for the reasons herein set forth.

3.

On or about April 5, 2020, **CLAUDENE BYRAM** was a customer at the **WALMART INC.** store number 1169 located at 1920 S. Arkansas Street, Springhill, Webster Parish, Louisiana.

4.

On or about April 5, 2020, Plaintiff, **CLAUDENE BYRAM**, slipped on liquid and/or wet substance that had accumulated on the floor.  In the area where Plaintiff fell, Defendant, **WALMART INC.**, had not placed any warning signs or cones to warn customers of the slippery floor.

5.

The fall caused Plaintiff to hit the floor whereby she sustained a comminuted fracture of her right wrist and struck her head sustaining a black eye and concussion.

6.

Due to the injuries sustained in the fall, Plaintiff was required to undergo surgery of the left distal radius consisting of placing a plate and screws in her wrist.



A TRUE COPY
ATTEST
Deputy Clerk District Court
WEBSTER PARISH, LA.

7.

As a result of the accident, Plaintiff suffered and will continue to suffer severe personal injury and damages including, but not limited to, the following:

a)   Past, present and future medical expenses;

b)   Past, present and future pain and suffering;

c)   Injuries to her body;

d)   Permanent scarring and disfigurement; and

e)   Loss of enjoyment of life.

8.

The accident complained of herein was caused solely and proximately by the negligence of Defendant, **WALMART INC.**, which negligence includes but is not limited to:

a)   Failing to observe and rectify the condition of the accumulated liquid and/or wet substance which caused a slipping hazard;

b)   Failing to place warning signs and/or cones where patrons are required to walk;

c)   Failing to properly inspect and survey the floors of the premises;

d)   Failing to place sufficient number of mats in the area;

e)   Allowing liquid and/or wet substance to accumulate on the floor at a location where patrons are required to walk;

f)   Failing to mop up or clean up and/or remove the water that had accumulated on the floor;

g)   Allowing an unreasonable risk of harm (i.e. the liquid and/or wet substance) to remain on the floor; and

h)   Failing to keep its premises free of hazardous conditions.

9.

Plaintiff asserts the legal doctrine of *res ipsa loquitur* with regard to the facts of this accident.

10.

Plaintiff further asserts Defendant is liable pursuant to La. R.S. 9:2800.6 as Defendant knew or should have known there was liquid and/or wet substance on the floor and failed to rectify the dangerous condition.

11.

As a result of her injuries, Plaintiff, **CLAUDENE BYRAM**, claims damages that are just and reasonable in the premises for past, present, and future mental anguish, emotional distress, pain and suffering, medical expenses, past, present and future, loss of enjoyment of life, physical

disability, economic loss, disfigurement, and all other elements of damages as allowed by Louisiana law.

**WHEREFORE**, Plaintiff, **CLAUDENE BYRAM**, prays that:

a)     Defendant, **WALMART INC.**, be duly served with a copy of this Petition and duly cited to answer same;

b)     That after all demands have run and all proceedings are had, there be judgment in favor of Plaintiff and against Defendant granting all damages of these proceedings; and

c)     For all just and equitable relief in the premises.

Respectfully submitted:

_____

ANNE E. WATSON (#17194)
*The Law Office of Anne E. Watson, LLC*
232 North Liberty Street
Opelousas, Louisiana 70570
Telephone: (337) 942-9790
Fax: (337) 942-9749
*Attorney for Claudene Byram*

**PLEASE SERVE DEFENDANT:**

**WALMART INC.**
*Through their agent for service of process*
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

CLAUDENE BYRAM                        DOCKET NUMBER: 79118

VERSUS                                26TH JUDICIAL DISTRICT COURT

WALMART INC.                          WEBSTER PARISH, LOUISIANA

---

## VERIFICATION

---

STATE OF LOUISIANA

PARISH OF WEBSTER

BEFORE ME, the undersigned Notary Public, personally came and appeared **CLAUDENE BYRAM**, who after being first duly sworn by me, said and deposed that she is the Plaintiff in the above and foregoing Petition for Damages, that she has read same and that all of the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

**CLAUDENE BYRAM**

**CLAUDENE BYRAM**

SWORN TO AND SUBSCRIBED, before me, this 6 day of _March_, 2021, at _Minden_, Webster Parish, Louisiana.

**NOTARY PUBLIC**
**ANNE E. WATSON, ATTORNEY**
**Bar Roll # 17194; ID # 10949**
*My Commission Expires:  at death*

CLAUDENE BYRAM

VERSUS

WALMART INC.

DOCKET NUMBER: 79118

26TH JUDICIAL DISTRICT COURT

WEBSTER PARISH, LOUISIANA

*FILED*

MAR 1 2 2021

DEPUTY CLERK
WEBSTER PARISH

---

### REQUEST FOR WRITTEN NOTICE OF ASSIGNMENT
### AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

---

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give me, as counsel of the named Plaintiff, written notice, by mail, at least ten (10) days in advance of any date fixed for any trial or hearing in this case, whether on exceptions, motions, rules or the merits thereof.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also requested to send us notice of any order or judgment in this cause upon the entry of any order or judgment.

Respectfully submitted:

_____

**ANNE E. WATSON**

*The Law Office of Anne E. Watson, LLC*
Bar Roll No. 17194
232 North Liberty Street
Opelousas, Louisiana 70570
Telephone: (337) 942-9790
Fax: (337) 942-9749
*Attorney for Claudene Byram*